OPINION — AG — ** FINES — AUTHORITY ** (1) THE USED MOTOR VEHICLE AND PARTS COMMISSION HAS NO INDEPENDENT AUTHORITY UNDER THE PROVISIONS OF 47 O.S. 581 [47-581] TO 47 O.S. 591.13 [47-591.13], TO ASSESS AND COLLECT FINES OR PENALTIES. (2) THE FINES AND PENALTIES PRESCRIBED BY THE PROVISIONS OF 47 O.S. 581 [47-581], 47 O.S. 591.13 [47-591.13] MAY BE IMPOSED BY A COURT ONLY AFTER THE ALLEGED VIOLATOR HAS BEEN CONVICTED OF A VIOLATION OF THE ACT. (3) THE PROVISIONS OF 47 O.S. 586 [47-586], ONLY EMPOWER THE USED MOTOR VEHICLE AND PARTS COMMISSION TO SEEK INJUNCTIVE RELIEF IN THE ENFORCEMENT OF THE PROVISIONS OF 47 O.S. 581 [47-581] 47 O.S. 585 [47-585], AND DO 'NOT' AUTHORIZE THE COMMISSION TO SEEK THE ASSESSMENT OR COLLECTION OF FINES OR PENALTIES IN SUCH A PROCEEDING. (SALESMAN, LICENSE, JURISDICTION) CITE: 19 O.S. 215.4 [19-215.4] (DISTRICT ATTORNEY JURISDICTION OVER), 47 O.S. 583 [47-583](A), 47 O.S. 586 [47-586], 47 O.S. 591.13 [47-591.13] [47-591.13] (POWER TO ASSESS FINES AND PENALTIES) (JOHN F. COOPER)